Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
для
Central District of Illinois

| | |
|---|---|
| **Noel Puchel,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 24-cv-3294 |
| | ) |
| **Nancy Jacoby,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Noel Puchel's action against Defendant Nancy Jacoby is dismissed with prejudice; Plaintiff shall recover nothing on his claims against the named Defendant.

**Dated:**   9/17/2025

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

MMM